**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY **1 8** 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAKESHIA CARSON                                                    PLAINTIFF

V.                                    NO. _4:20-CV-519-BRW_

ROAD KNIGHTS, INC., and
SUNSHINE MILLS, INC.                                          DEFENDANTS

<u>PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff LAKESHIA CARSON, by and through her attorneys of record,

FLINT & CRAWFORD, P.L.L.C., complaining of Defendants ROAD KNIGHTS, INC.

(hereafter referred to as "ROAD KNIGHTS") and SUNSHINE MILLS, INC. (hereafter referred

to as "SUNSHINE MILLS") and for purposes of her Complaint would respectfully show the

Court and Jury as follows:

     1.     Plaintiff LAKESHIA CARSON is a resident of Lake County, Florida.

     2.     Defendant SUNSHINE MILLS, INC. is a foreign for-profit business, whose

principle place of business is in Red Bay, Franklin County, Alabama. Service of process on this

Defendant may be made through its President, Dan Bostick, located at 2514 Arlington Drive,

Tupelo, Mississippi 38801.

     3.     Defendant ROAD KNIGHTS INC is a foreign for-profit business, whose

principle place of business is in Harwood Heights, Cook County, Illinois. Service of process on

this Defendant may be made through its President, Stoyan Stoykovich, located at 4741 25

Avenue Schiller Park IS 60176.

This case assigned to District Judge___Wilson___
and to Magistrate Judge_____DEEVE_____

4.      Upon proper service of the Defendants, this Court has jurisdiction and venue is proper.

5.      Plaintiff LAKESHIA CARSON brings this suit to recover for her personal injuries and damages sustained by her in an accident involving a vehicle handled by Defendant SUNSHINE MILLS and owned by Defendant ROAD KNIGHTS. Said accident was proximately caused by Defendants' negligence.

6.      On or about February 21, 2018, Plaintiff LAKESHIA CARSON, an employee of ROAD KNIGHTS, was a passenger in 2018 Freightliner, operated by Sharon Johnson, a deceased former employee of Defendant ROAD KNIGHTS. The Freightliner was owned by Defendant ROAD KNIGHTS. Sharon Johnson, decedent, stopped the vehicle at one of Defendant SUNSHINE MILL'S locations in Red Bay, Alabama, at 500 6th Street SW, Red Bay, AL 35582, to load the truck with dog biscuits. The night crew attempted to load the truck with dog biscuits multiple times, because each prior time, they had loaded the truck incorrectly. After re-loading the truck again, Sharon Johnson departed for Arkansas. She was traveling west in the right lane of North Service Road in Benton, Saline County, Arkansas, when she swerved onto the road's right shoulder, causing the top-heavy vehicle incorrectly loaded with dog biscuits to turn onto its right side.

7.      As handlers of the motor vehicle that Plaintiff was a passenger in at the time of the accident, Defendant SUNSHINE MILLS owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein. Plaintiff will show that the acts and/or omissions of negligence of Defendant SUNSHINE MILLS as set out herein, separately and collectively, were the direct and proximate cause of the injuries and damages sustained by Plaintiff. The acts and omissions of negligence among others are as follows:

(1) Permitting incompetent workers to load a commercial truck that will travel a long

distance;

(2) Not properly training employees to load trucks;

(3) Endangering other vehicles that share public, interstate roads with a top heavy

commercial vehicle that has been loaded incorrectly; and

(4) Failing properly to inspect how the vehicle was loaded before allowing the vehicle to

travel on a public road.

Each of these acts and omissions, taken singularly or in combination with others, constitutes negligence and was the direct and proximate cause of the injuries and damages sustained by Plaintiff.

8.    At all times mentioned herein, the motor vehicle operated by Sharon Johnson was owned by Defendant ROAD KNIGHTS. As the owner of the vehicle mentioned herein, Defendant ROAD KNIGHTS owed certain duties to plaintiff, the breach of which proximately caused the injuries set forth herein. Plaintiff will show that the acts and/or omissions of negligence of Defendant ROAD KNIGHTS as set out herein, separately and collectively, were the direct and proximate cause of the injuries and damages sustained by Plaintiff.  The acts and omissions of negligence, among others are as follows:

(1) Permitting an incompetent, inexperienced or reckless driver to operate a motor

vehicle;

(2) Negligent entrustment of a motor vehicle to an incompetent, inexperienced or

reckless driver; and

(3) Defendant ROAD KNIGHTS knew, or through the exercise of reasonable care,

should have known, that Sharon Johnson was an incompetent, inexperienced or

reckless driver.

Each of these acts and omissions, taken singularly or in combination with others, constitutes negligence and was the direct and proximate cause of the injuries and damages sustained by Plaintiff.

9.      As a direct result of Defendants' negligence, Plaintiff suffered serious injuries and was therefore transported via ambulance to Saline Memorial Hospital in Benton, Arkansas for emergency medical treatment where she was diagnosed with a broken collar bone and three compression fractures in her back.

10.     Plaintiff was unable to perform her required duties at her place of employment due to pain and suffering, as well as the medical treatment needed as a result of Defendants' negligence. Plaintiff therefore incurred lost wages.

11.     By reason of the above and foregoing injuries and damages, Plaintiff prays for judgment in an amount that exceeds the minimum requirements for jurisdiction in federal court based on diversity.

12.     Plaintiff demands a trial by jury.

13. Please be advised that Plaintiff's Counsel, Bruce A. Flint, Esq., will be out of the office on vacation beginning May 8, 2020, through May 18, 2020. In this regard, please do not schedule any trials or hearings during this time. By copy of this Notice, Counsel for Plaintiff is notifying all opposing counsel of time out of the office, and further requests that they do not schedule any oral depositions or other discovery during said period.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays for judgment in an amount that exceeds the minimum requirements for jurisdiction in federal court based on diversity; requests that the Defendants be cited to appear and answer herein; that she be awarded

past and future medical expenses; that she be awarded out-of-pocket expenses and lost wages; that she be compensated for her pain and suffering and mental anguish in the past and future; that she be awarded judgment against the Defendants in a sum in excess of the minimum jurisdictional limits of this Court; that she be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that she recover from Defendants her costs herein expended, such costs to include a reasonable attorney's fee; and that she receive any and all other relief to which she may be justly entitled.

Respectfully submitted,
**FLINT & CRAWFORD, P.L.L.C.**
2821 Richmond Road | Texarkana, Texas 75503
Phone: (903) 334-8928; Fax: (903) 334-8853
E-mail:        bruceflint2013@gmail.com
                 litigation@bruceflint.com


Bruce A. Flint, Arkansas Bar No. 98100
Darla Smith Crawford, Arkansas Bar No. 2009053
Brandon Cogburn, Arkansas Bar No. 2002094
**Attorneys for Plaintiff**